UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEGGY STARKS, on Behalf of Herself and All Others Similarly Situated, | CASE NO.: CV09-8652-GW (JEMx) |
| Plaintiff, | **[PROPOSED]** **PROTECTIVE ORDER** |
| vs. | |
| AQUA FINANCE, INC., | |
| Defendant. | |

The Court, having reviewed the Stipulation for Protective Order filed by Plaintiff and Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation for Protective Order is granted only as to Aqua Finance, Inc. Balance Sheets dated December 31, 2009 and March 31, 2010 marked AFI0001-0004 and labeled Confidential..

Dated: June 3, 2010                 _/s/John E. McDermott_
                                    HONORABLE JOHN E. MCDERMOTT
                                    United States Magistrate Judge