**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY STARKS, on Behalf of Herself and All Others Similarly Situated, | Case No.  CV09-8652 GW JEM |
| Plaintiff, | ORDER FOR PERMANENT INJUNCTION |
| vs. | |
| AQUA FINANCE, INC., | The Honorable George Wu |
| Defendant. | |

The parties to this action, plaintiff Peggy Starks ("Plaintiff") and defendant Aqua Finance, Inc. ("AFI"), having filed their Stipulation for Permanent Injunction, and good cause appearing,

IT IS HEREBY ORDERED that

1.      For purposes of this Order for Permanent Injunction, "AFI" shall mean Aqua Finance, Inc. and any of its predecessors, successors, representatives, and agents.

2.      AFI is prohibited from sending to residents of California letters in the forms of Exhibits 1 through 5 attached to the Complaint in this action.

3.      The Court shall retain jurisdiction for a period of one year following dismissal of this action with prejudice to enter further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction.   AFI specifically consents to personal jurisdiction and venue in this Court.

4.     AFI shall be deemed to be in violation of this Stipulated Injunction if any letters in the forms of Exhibits 1 through 5 attached to the Complaint are sent to any residents of California; provided, however, that in any proceeding seeking relief based on AFI's violation of this Stipulated Injunction, AFI may not be held in violation if AFI "shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error."  15 U.S.C. §1692k(c).


DATED:  June 21, 2010


_____
HONORABLE GEORGE H. WU
United States District Judge